```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                )  No. 2:12-cr-00322 MCE
12            Plaintiff,        )
                                )  STIPULATION AND PROTECTIVE
13                              )  ORDER REGARDING DISSEMINATION
         v.                     )  OF DISCOVERY DOCUMENTS
14                              )  CONTAINING PERSONAL
    ALEKSANDR LASTOVSKIY, and   )  IDENTIFICATION INFORMATION
15  TATYANA SHVETS,             )
                                )
16            Defendants.       )
                                )
17
18
19       IT IS HEREBY STIPULATED AND AGREED among the parties and
20  their respective counsel, Todd D. Leras, Assistant United States
21  Attorney, on behalf of the government, Matthew Scoble, Assistant
22  Federal Defender, on behalf of defendant Aleksandr Lastovskiy,
23  and Attorney Bruce Locke on behalf of defendant Tatyana Shvets,
24  that the documents to be provided as discovery in this case are
25  subject to a Protective Order.
26       Defendants are charged with various offenses related to an
27  alleged fraudulent tax refund scheme.  The parties agree that
28  discovery in the case necessarily contains Protected Information.
```

1

The phrase "Protected Information" as used in this stipulation and order includes victim and witness Social Security Numbers, Driver's License Numbers, dates of birth, addresses, telephone numbers, and e-mail addresses.  This Protective Order extends to all documents provided by the government to defense counsel in this case, including those items related to conduct not charged in the Indictment.

By signing this Stipulation and Protective Order, defense counsel agree not to share any documents containing Protected Information in unredacted form with any person other than primary counsel, assisting counsel, designated defense investigators, and support staff.  Defense counsel may allow their clients to view unredacted documents in the presence of their respective attorneys, investigators and/or appropriate support staff.

The parties further agree that defense counsel, investigators, and support staff shall not permit any defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  Defense counsel, investigators and support staff may provide their respective clients with copies of documents from which all Protected Information has been redacted.

In the event that either defendant substitutes counsel, the undersigned attorneys agree to withhold documents containing Protected Information from new counsel until such time as substituted counsel agrees to be bound by this Protective Order.

///

///

2

| | | |
|---|---|---|
| 1 | This stipulation and protective order has been provided to defense counsel for their review. Following review of its contents, Assistant U.S. Attorney Todd Leras has been authorized via e-mail to sign this stipulation on behalf of Attorney Bruce Locke and Assistant Federal Defender Matthew Scoble. | |

DATED: September 17, 2012    By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: September 17, 2012    By: /s/ Todd D. Leras for
                                 MATTHEW SCOBLE
                                 Attorney for Defendant
                                 ALEKSANDR LASTOVSKIY

DATED: September 17, 2012    By: /s/ Todd D. Leras for
                                 BRUCE LOCKE
                                 Attorney for Defendant
                                 TATYANA SHVETS

**ORDER**

FOR GOOD CAUSE SHOWN, pursuant to the stipulation of counsel, Protected Information provided to defense counsel by the government as discovery in Case Number S-12-322 MCE shall:

1. Be shared in unredacted format only among primary counsel, assisting counsel, designated defense investigators, and support staff;

2. Be viewed by a defendant in unredacted format only in the presence of his or her attorney, investigator, and/or appropriate support staff; and

///

3.   Be provided to a defendant only in a copy from which all Protected Information has been redacted.

No person shall permit a Defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  No person shall provide substitute counsel with documents containing Protected Information until such time as substitute counsel has agreed to be bound by this Protective Order.

IT IS SO ORDERED

Dated: September 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE