UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00322-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| ALEKSANDR LASTOVSKIY, ET AL., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:13-cv-00194-MCE-KJN |
| Plaintiff, | |
| v. | |
| 2006 BMW 750Li, VIN: WBAHN83506DT30035, LICENSE NUMBER: 5RLP132, | |
| Defendant. | |

The Court received the Notice of Related Cases filed February 4, 2013. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 123(a), E.D. Cal. (1997).

///

The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

Because the cases are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

Dated: February 19, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE