```
1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD D. LERAS
    501 I Street, Suite 10-100
3   Sacramento, CA  95814
    (916) 554-2918
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR: S-12-0322 MCE
                                 )
12              Plaintiff,       ) STIPULATION AND
                                 ) ORDER CONTINUING STATUS
13  v.                           ) CONVERENCE
                                 )
14                               )
    ALEKSANDR LASTOVSKIY,        )
15  HOVIK MKRTCHIAN, TATYANA     )
    SHVETS, and ALEKSANDR        )
16  MIKHAYLOV,                   )
                                 )
17              Defendants       )
                                 )
18  ─────────────────────────────
19
20
        IT IS HEREBY STIPULATED by and between Plaintiff United
21
    States of America and Attorney Richard Nahigian on behalf of
22
    Defendant HOVIK Mkrtchian, Attorney Scott Tedmon on behalf of
23
    Defendant Aleksandr Mikhaylov, Attorney Bruce Locke on behalf of
24
    Defendant Tatyana Shvets, and Attorney Michael Chastaine on
25
    behalf of Defendant Aleksandr Lastovskiy, that the status
26
    conference scheduled for September 26, 2013, be continued to
27
    December 5, 2013, at 9:00 a.m.
28

                                    1
```

The request to continue the status conference is made on the ground that defense counsel needs additional preparation time. The government has released a new round of discovery related to the charged fraudulent tax return scheme. Defense counsel will require additional time to review the reports and conduct appropriate follow-up investigation. In addition, defense counsel will need to consult with their respective clients regarding the impact of the new information on potential defenses available in the case.

The government and defendants agree that an exclusion of time is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from September 26, 2013, up to and including December 5, 2013.

Richard Nahigian, Scott Tedomon, Michael Chastaine, and Bruce Locke agree to this request and have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on their behalf following a review of it.

DATED: September 19, 2013     By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: September 19, 2013

                              By: /s/ Todd D. Leras for
                                  RICHARD NAHIGIAN
                                  Attorney for Defendant
                                  HOVIK MKRTCHIAN

DATED: September 19, 2013     By: /s/ Todd D. Leras for
                                  BRUCE LOCKE
                                  Attorney for Defendant
                                  TATYANA SHVETS

2

DATED: September 19, 2013    By: /s/ Todd D. Leras for
                                 SCOTT TEDMON
                                 Attorney for Defendant
                                 ALEKSANDR MIKHAYLOV

DATED: September 19, 2013    By: /s/ Todd D. Leras for
                                 MICHAEL CHASTAINE
                                 Attorney for Defendant
                                 ALEKSANDR LASTOVSKIY

**IT IS HEREBY ORDERED:**

1. The status conference set for September 26, 2013, is continued to December 5, 2013, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from September 26, 2013, up to and including December 5, 2013.

IT IS SO ORDERED.

Dated: September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT